IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID STEVEN DAHLER,

                                                   ORDER

                Plaintiff,

                                               11-cv-97-bbc

      v.

C. HOLINKA, Warden FCI Oxford,
WEBER, Case Manager FCI Oxford,
MICHAEL K. NALLEY, Regional
Director Federal Bureau of Prisons and
HARRELL WATTS, Administrator National
Inmate Appeals Federal Bureau of Prisons,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On March 14, 2011, I assessed plaintiff David Dahler an initial partial payment of the filing fee in the amount of $8.69 and gave him until April 1, 2011, in which to make the payment. To date, the court has not received plaintiff's payment or received any communication from plaintiff. A review of the Bureau of Prisons Inmate locator shows that plaintiff has been transferred to the Forrest City Correctional Institution in Forrest City, Arkansas. Ordinarily, it is plaintiff's obligation to inform the court of address changes as soon as they occur, but in this instance I will send him another copy of the March 14 order

1

to his current address in Forrest City, Arkansas and extend the deadline for him to make the $8.69 initial partial filing fee payment.

ORDER

IT IS ORDERED that the deadline within which plaintiff is to pay the $8.69 initial partial payment of the $350 filing fee is extended to May 6, 2011. If, by May 6, 2011, plaintiff fails to make the payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 13th day of April, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2